UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **CATHERINE S. HALL** | **PLAINTIFF** |
| vs. | **CIVIL ACTION NO.  3:17-CV-678-CRS** |
| **EQUIFAX INFORMATION SERVICES, LLC** | **DEFENDANT** |

### ORDER OF DISMISSAL

Counsel for the Plaintiff having filed a Notice of Voluntary Dismissal (DN 4), no answer or other responsive pleading having been filed on behalf of the Defendant, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with prejudice.

Dated:  March 12, 2018

*[signature]*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Counsel of Record
    Kendall Carter, King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia  30309